AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E. | U.S. District Court SDIA | 07/17/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ✔ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Dakota Wesleyan University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. -USB Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 3. -Columbia Acorn Tr. Fd. A | C | Dividend | L | T | | | | | |
| 4. -Euro Pac Growth Fd. Cl. F | B | Dividend | J | T | | | | | |
| 5. -1st Eagle Global Fd | A | Dividend | J | T | | | | | |
| 6. -Ivy Asset Strategy | A | Dividend | K | T | | | | | |
| 7. -Goldman Sachs Fltg Rate | A | Dividend | J | T | | | | | |
| 8. -Templeton Global Total Return | B | Dividend | K | T | | | | | |
| 9. -Double Line Total Return | B | Dividend | K | T | | | | | |
| 10. IRA #1 | E | Dividend | O | T | | | | | |
| 11. -USB Liquid Assets Fd | | | | | | | | | |
| 12. -Fidelity New Insights Fd A | | | | | Sold (part) | 01/03/12 | J | A | |
| 13. | | | | | Sold (part) | 07/16/12 | J | B | |
| 14. | | | | | Sold (part) | 10/21/12 | J | B | |
| 15. | | | | | Sold (part) | 12/28/12 | J | A | |
| 16. | | | | | Sold (part) | 10/11/12 | J | D | |
| 17. | | | | | Buy (add'l) | 12/26/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -First Eagle Overseas | | | | | Buy | 04/10/12 | K | | |
| 19. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 20. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 21. -FPA Crescent | | | | | Buy | 07/12/12 | J | | |
| 22. | | | | | Sold | 12/21/12 | J | A | |
| 23. -Franklin Value Invs Tr | | | | | | | | | |
| 24. -Invesco Bal Alloc | | | | | Buy | 07/16/12 | K | | |
| 25. | | | | | Sold | 12/26/12 | K | | |
| 26. -Blackrock Build Amer. Bd. | | | | | Buy | 01/03/12 | J | | |
| 27. | | | | | Sold (part) | 03/16/12 | K | A | |
| 28. | | | | | Sold | 04/30/12 | J | A | |
| 29. -Blackrock Floating Rate Income | | | | | Buy | 03/20/12 | K | | |
| 30. | | | | | Sold (part) | 07/16/12 | J | A | |
| 31. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 32. -Calamos Growth & Inc. | | | | | Sold (part) | 01/03/12 | J | A | |
| 33. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 34. | | | | | Sold (part) | 12/26/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Doubleline Low Duration Bd | | | | | Buy | 09/29/12 | J | | |
| 36.   -Double Line Total Ret. | | | | | Buy (add'l) | 07/12/12 | J | | |
| 37. | | | | | Buy (add'l) | 09/27/12 | J | | |
| 38. | | | | | Sold (part) | 10/18/12 | J | A | |
| 39. | | | | | Sold (part) | 11/16/12 | K | A | |
| 40. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 41.   -Eaton Vance Fltg Rate Inc. | | | | | Buy (add'l) | 01/03/12 | J | | |
| 42. | | | | | Sold (part) | 04/12/12 | J | A | |
| 43. | | | | | Sold (part) | 04/13/12 | J | A | |
| 44. | | | | | Sold | 07/16/12 | J | B | |
| 45.   -Eaton Vance Sen. FLTG | | | | | Buy | 04/16/12 | J | | |
| 46. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 47. | | | | | Sold (part) | 09/27/12 | J | A | |
| 48. | | | | | Sold (part) | 10/11/12 | J | A | |
| 49. | | | | | Sold (part) | 11/08/12 | J | A | |
| 50. | | | | | Sold | 11/09/12 | J | A | |
| 51.   -Ivy Asset Strat. | | | | | Buy (add'l) | 01/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/10/12 | J | | |
| 53. | | | | | Sold | 07/16/12 | L | | |
| 54. -Kayne Anderson MLP | | | | | Buy | 11/20/12 | J | | |
| 55. | | | | | Sold | 11/21/12 | J | A | |
| 56. -Legg Mason Global Opp. Bd. | | | | | Buy (add'l) | 01/03/12 | J | | |
| 57. | | | | | Sold (part) | 03/19/12 | J | A | |
| 58. | | | | | Sold (part) | 07/16/12 | J | A | |
| 59. | | | | | Buy (add'l) | 10/22/12 | K | | |
| 60. | | | | | Sold (part) | 12/26/12 | J | A | |
| 61. -Loomis Sayles Inv. Grade Bd. | | | | | Buy (add'l) | 01/03/12 | K | | |
| 62. | | | | | Sold (part) | 03/19/12 | J | A | |
| 63. | | | | | Sold (part) | 04/25/12 | J | A | |
| 64. | | | | | Sold | 07/16/12 | J | A | |
| 65. -Lord Abbett Short Dur. Muni. | | | | | Buy (add'l) | 01/03/12 | J | | |
| 66. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 67. | | | | | Sold | 10/19/12 | K | A | |
| 68. -Matthews Asia | | | | | Buy (add'l) | 07/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/06/12 | K | | |
| 70. | | | | | Sold (part) | 12/21/12 | J | A | |
| 71. -Oppenheimer Dev. Mkts. | | | | | Buy | 01/03/12 | J | | |
| 72. | | | | | Sold (part) | 07/16/12 | J | | |
| 73. | | | | | Sold (part) | 12/26/12 | J | A | |
| 74. -Permanent Portfolio Fd. | | | | | Sold (part) | 04/05/12 | K | A | |
| 75. | | | | | Sold | 05/04/12 | J | A | |
| 76. -Principal Pref. Secuities | | | | | Buy (add'l) | 01/03/12 | K | | |
| 77. | | | | | Sold (part) | 07/16/12 | J | A | |
| 78. | | | | | Sold (part) | 12/26/12 | J | A | |
| 79. -PIMCO All Assets | | | | | Buy | 12/26/12 | K | | |
| 80. -Prud'l Jennison Natl Resources | | | | | Sold (part) | 01/03/12 | J | | |
| 81. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 82. | | | | | Sold | 11/08/12 | K | | |
| 83. -Spider S&P Div. | | | | | Buy (add'l) | 01/03/12 | J | | |
| 84. | | | | | Buy (add'l) | 04/25/12 | J | | |
| 85. | | | | | Buy (add'l) | 07/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Spider S&P Gold | | | | | Buy | 11/08/12 | J | | |
| 87. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 88. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 89. -TCW Total Return Bd. | | | | | Buy | 06/26/12 | K | | |
| 90. | | | | | Buy (add'l) | 07/12/12 | J | | |
| 91. | | | | | Sold (part) | 12/21/12 | J | A | |
| 92. -Templeton Global Total Ret. | | | | | Sold (part) | 01/03/12 | J | | |
| 93. | | | | | Sold | 05/23/12 | K | | |
| 94. -Tortoise Mlp. Fd. | | | | | Sold (part) | 01/03/12 | J | A | |
| 95. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 96. | | | | | Sold (part) | 10/29/12 | J | A | |
| 97. | | | | | Sold (part) | 11/27/12 | J | A | |
| 98. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 99. -Touchstone Merger Arb. | | | | | Buy | 10/19/12 | K | | |
| 100. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 101. -Virtus Prem Alpha | | | | | Buy | 05/09/12 | K | | |
| 102. | | | | | Sold (part) | 07/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 104.  Brokerage Acct. #2 | | | | | | | | | |
| 105.  -USB Bank Dep Acct | A | Dividend | J | T | | | | | |
| 106.  -GE Money Bank CD | A | Interest | J | T | | | | | |
| 107.  -Compass Bank CD | B | Interest | J | T | | | | | |
| 108.  -Goldman Sachs CD | B | Interest | J | T | | | | | |
| 109.  -Capital One CD | B | Interest | J | T | | | | | |
| 110.  -Legg Mason Short Duration Muni Income Fd | A | Dividend | J | | | | | | |
| 111.  -Legg Mason Intermediate Term Fd | A | Dividend | J | | | | | | |
| 112.  -AIM Real Est Inc FD | A | Dividend | J | | | | | | |
| 113.  -Blackrock Fltg Rate Inc | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 114. | | | | | Buy (add'l) | 05/21/12 | J | | |
| 115. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 116.  -Columbia Short Term Muni Bond FD | A | Dividend | J | | | | | | |
| 117.  -Franklin Fed Tax Free Inc FD | A | Dividend | J | | | | | | |
| 118.  -Goldman Sachs Fltg Rate | A | Dividend | J | | | | | | |
| 119.  -Ivy Asset Strategy FD | A | Dividend | | | Buy (add'l) | 01/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 07/18/12 | J | A | |
| 121. -JP Morgan Chase CD | A | Dividend | | | Sold | 01/06/12 | J | A | |
| 122. -Legg Mason Western Asset Muni FD | A | Dividend | K | T | Sold (part) | 03/19/12 | J | B | |
| 123. | | | | | Sold (part) | 07/18/12 | J | A | |
| 124. -MFS Emerging Mkts Bond | A | Dividend | J | T | Sold (part) | 01/06/12 | J | A | |
| 125. | | | | | Sold (part) | 07/18/12 | J | A | |
| 126. -Morgan Stanley CD | A | Dividend | J | T | | | | | |
| 127. -Permanent Portfolio FD | A | Dividend | | | Buy | 01/04/12 | J | | |
| 128. | | | | | Sold (part) | 02/16/12 | J | A | |
| 129. | | | | | Sold | 05/04/12 | J | A | |
| 130. -Principal Investors Prfd | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 131. | | | | | Buy (add'l) | 02/21/12 | J | | |
| 132. | | | | | Sold (part) | 07/18/12 | J | A | |
| 133. -TCW Total Return Bond | A | Dividend | J | T | Buy (add'l) | 06/26/12 | J | | |
| 134. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 135. -Templeton Global Total Return | A | Dividend | | | Sold (part) | 01/06/12 | J | | |
| 136. | | | | | Sold (part) | 03/19/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 05/18/12 | J | | |
| 138.  -Thornburg Inc Bldr. | A | Dividend | J | T | | | | | |
| 139.  -Tortoise MLP FD | A | Dividend | J | T | Sold (part) | 01/06/12 | J | A | |
| 140. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 141. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 142.  -Touchstone Merg. Arb. | A | Dividend | J | T | Buy | 08/31/12 | J | | |
| 143.  -US Bank CD | A | Dividend | J | T | | | | | |
| 144.  -Wells Fargo CD | A | Dividend | J | T | | | | | |
| 145.  -Wells Fargo High Yld Bd. | A | Dividend | | | Buy | 05/21/12 | J | | |
| 146. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 147. | | | | | Sold | 11/09/12 | J | A | |
| 148.  -Annaly Capital | A | Dividend | | | Buy | 01/06/12 | J | | |
| 149. | | | | | Sold | 07/18/12 | J | A | |
| 150.  -Blackrock Build Amer. | A | Dividend | | | Buy (add'l) | 01/04/12 | J | | |
| 151. | | | | | Sold (part) | 01/06/12 | J | A | |
| 152. | | | | | Sold (part) | 04/30/12 | J | A | |
| 153. | | | | | Sold | 05/04/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Doubleline Low Dur. Bd. | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |
| 155. | | | | | Sold (part) | 10/18/12 | J | A | |
| 156. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 157.  -Double Line Total Ret. | A | Dividend | J | T | Buy (add'l) | 01/04/12 | J | | |
| 158. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 159. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 160. | | | | | Sold (part) | 11/16/12 | J | A | |
| 161.  -DWS Strategic Hi Yld Tax Free | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 162. | | | | | Buy (add'l) | 01/06/12 | J | | |
| 163. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 164.  -Eaton Vance Fltg Rate | | | | | Buy (add'l) | 01/06/12 | J | | |
| 165. | | | | | Sold (part) | 07/18/12 | J | A | |
| 166. | | | | | Sold (part) | 09/26/12 | J | A | |
| 167. | | | | | Sold (part) | 09/27/12 | J | A | |
| 168. | | | | | Sold (part) | 10/11/12 | J | A | |
| 169. | | | | | Sold (part) | 10/31/12 | J | A | |
| 170. | | | | | Sold | 11/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -FPA Crescent | A | Dividend | J | T | Sold (part) | 01/04/12 | J | | |
| 172. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 173.  -Guggenheim Macro Opps | A | Dividend | J | T | Buy | 10/22/12 | J | | |
| 174. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 175. | | | | | Buy (add'l) | 12/05/12 | J | | |
| 176.  -Invesco Balanced | A | Dividend | | | Buy | 05/08/12 | J | | |
| 177. | | | | | Sold (part) | 07/18/12 | J | A | |
| 178. | | | | | Sold | 11/28/12 | J | A | |
| 179.  -Ishares Trust | A | Dividend | | | Buy | 07/18/12 | J | | |
| 180. | | | | | Sold | 11/30/12 | J | | |
| 181.  -JP Morgan Chase 7.2% | A | Dividend | | | Sold | 01/06/12 | J | | |
| 182.  -Legg Mason Global Opp. Bd. | A | Dividend | J | T | Buy (add'l) | 01/06/12 | J | | |
| 183. | | | | | Sold (part) | 03/19/12 | J | A | |
| 184. | | | | | Sold (part) | 07/18/12 | J | A | |
| 185. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 186.  -Lord Abbett Short Dur. Muni. | A | Dividend | | | Sold (part) | 01/06/12 | J | A | |
| 187. | | | | | Buy (add'l) | 02/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 07/18/12 | J | A | |
| 189. | | | | | Sold | 08/30/12 | J | A | |
| 190. -Lord Abbett Value Opptys | A | Dividend | | | Sold | 01/06/12 | J | A | |
| 191. -Matthews Asia | A | Dividend | J | T | Buy (add'l) | 01/04/12 | J | | |
| 192. | | | | | Sold (part) | 07/16/12 | J | A | |
| 193. -Morgan Stanley Prd 6.6% | A | Dividend | J | T | Sold (part) | 01/06/12 | J | | |
| 194. -SPDR Gold Trust | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 195. | | | | | Buy (add'l) | 11/09/12 | J | | |
| 196. -SPDR S&P Div. | A | Dividend | J | T | Buy | 01/06/12 | J | | |
| 197. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 198. West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 07/17/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Due to a misidentification on the broker report, a few assets on the 2011 Report were finally reported as Sold (Part) when they had been Sold in 2011. Those assets and their location on the 2011 report are as follows:

Delaware Ltd Term Div. Inc. at lines 48 and 49
*Morgan Stanley 6.6%PFD at lines 79-86
Proshares Tr. Short at lines 98-100
Blackrock Global Allocation Fd. at lines 130-132
Oppenheimer Developing Mkts at lines 164-166
PIMCO Unconstrained Bond FD at line 170
PIMCO Total Return at line 171
Loomis Sayles Bd. at lines 197-200
Proshares Tr Short at lines 210-213

Therefore, there is no reference to those assets on the current report.

It also appears the broker did not report purchases of one asset in 2011. FPA Crescent should have been reported as follows:

Buy on 2/11/2011   J
Buy add'l on 6/6/2011  J
Buy add'l on 10/14/11  J

This explains the appearance of this asset at lines171 and 172 of the current report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Gritzner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544